EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2017 TSPR 127 |
| Rosa del M. Latorre Lagares (TS-13,809) | 198 DPR _____ |

Número del Caso: AB-2017-0041

Fecha: 29 de junio de 2017

Abogada de la promovida:

        Por derecho propio

Materia: La suspensión será efectiva el 7 de julio de 2017, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rosa del M. Latorre Lagares       AB-2017-0041
        (TS-13,809)

*PER CURIAM*

En San Juan, Puerto Rico, a 29 de junio de 2017.

A pesar de que hemos expresado reiteradamente que ignorar nuestros requerimientos es una violación al Canon 9 de Ética Profesional, infra, y conlleva la suspensión del ejercicio de la profesión, nuevamente nos vemos obligados a imponer dicha sanción ante la indiferencia demostrada por un miembro de la profesión legal.

I

La Lcda. Rosa del M. Latorre Lagares fue admitida al ejercicio de la abogacía el 30 de enero de 2002 y prestó juramento como notaria el 2 de abril de 2002. El 17 de febrero de 2017, la Sra. Yamilette Méndez Pérez presentó una queja contra la licenciada Latorre

Lagares.[1] El 27 de febrero de 2017 y nuevamente el 30 de marzo de 2017, la Subsecretaria de este Tribunal le cursó una comunicación a la licenciada Latorre Lagares concediéndole 10 días para contestar la queja presentada en su contra. Ante su incomparecencia, el 24 de abril de 2017 emitimos una Resolución concediéndole un término final e improrrogable de 5 días para contestar la queja. La apercibimos que su incumplimiento podría conllevar sanciones disciplinarias severas, incluyendo la suspensión al ejercicio de la profesión. A pesar de que la Resolución se le notificó personalmente el 3 de mayo de 2017, la licenciada Latorre Lagares no ha cumplido con nuestra orden.

## II

El Canon 9 del Código de Ética Profesional, 4 LPRA sec. IX, requiere que los abogados y abogadas observen ante los tribunales una conducta que se caracterice por el mayor respeto. Por lo tanto, estos tienen la "obligación de contestar, de manera oportuna y diligente, los requerimientos y órdenes de este Tribunal y sus dependencias, particularmente en procesos disciplinarios". In re Velázquez Pérez, 2017 TSPR 87, 4, 198 DPR ___ (2017). Véase In re Vargas Díaz, 2017 TSPR 86, 5, 198 DPR ___ (2017). No cumplir con lo anterior, constituye una falta de respeto hacia nuestra autoridad y una violación al Canon 9, supra, que amerita la suspensión del ejercicio de la profesión. Íd Cabe señalar que dicha falta es independiente a los méritos de la queja. In re Stacholy Ramos,

---

[1] En síntesis, alegó que contrató a la Lcda. Rosa del M. Latorre Lagares para tramitar su divorcio y que la letrada no ha realizado gestión alguna.

195 DPR 858, 861 (2016).

Apliquemos este marco legal a los hechos ante nuestra consideración.

III

La conducta desplegada por la licenciada Latorre Lagares ante nuestros requerimientos denota una indiferencia inaceptable y un grave menosprecio a la autoridad de este Foro. Dicha actuación es incompatible con el ejercicio de la profesión legal. En vista de lo anterior, se decreta la suspensión inmediata e indefinida de la licenciada Latorre Lagares del ejercicio de la abogacía y notaría. En consecuencia, la fianza notarial queda automáticamente cancelada.[2]

Se le impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Deberá además informar inmediatamente de su suspensión a los foros judiciales y administrativos en que tenga asuntos pendientes. Por último, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de 30 días a partir de la notificación de esta Opinión *Per Curiam* y Sentencia. No hacerlo pudiere conllevar que no se le reinstale cuando lo solicite.

El Alguacil de este Tribunal deberá incautar la obra y el sello notarial de la señora Latorre Lagares y entregarlos al

---

[2] La fianza se considerará buena y válida por tres años después de su terminación dados los actos realizados por la licenciada Latorre Lagares durante el periodo en que la misma estuvo vigente.

Director de la Oficina de Inspección de Notarías para el examen e informe correspondiente a este foro.

Notifíquese personalmente a la señora Latorre Lagares esta Opinión *Per Curiam* y Sentencia.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rosa del M. Latorre Lagares          AB-2017-0041
      (TS-13,809)

SENTENCIA

En San Juan, Puerto Rico, a 29 de junio de 2017.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte íntegra de la presente Sentencia, se decreta la suspensión inmediata e indefinida de la Lcda. Rosa del M. Latorre Lagares del ejercicio de la abogacía y notaría. En consecuencia, la fianza notarial queda automáticamente cancelada.

Se le impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Deberá además informar inmediatamente de su suspensión a los foros judiciales y administrativos en que tenga asuntos pendientes. Por último, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de 30 días a partir de la notificación de esta Opinión *Per Curiam* y Sentencia. No hacerlo pudiere conllevar que no se le reinstale cuando lo solicite.

El Alguacil de este Tribunal deberá incautar la obra y el sello notarial de la señora Latorre Lagares y entregarlos al Director de la Oficina de Inspección de Notarías para el examen e informe correspondiente a este foro.

Notifíquese personalmente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                        Juan Ernesto Dávila Rivera
                      Secretario del Tribunal Supremo